### JORDY v. DOWLING CO.*

Circuit Court of Appeals, Fifth Circuit.
March 2, 1929.

No. 5492.

S. W. Plauche, of Lake Charles, La. (Cline, Plauche & Girod, of Lake Charles, La., and Giles J. Patterson, of Jacksonville, Fla., on the brief), for appellant.

Kenneth I. McKay, of Tampa, Fla. (R. W. Withers, M. B. Withers, and Maynard Ramsey, all of Tampa, Fla., on the brief), for appellee.

Before WALKER and FOSTER, Circuit Judges, and GRUBB, District Judge.

PER CURIAM. A reversal is sought in this case because of rulings of the court on objections to evidence and in giving instructions to the jury. The record does not show

*Rehearing denied April 6, 1929.

that any of those rulings was excepted to. Those rulings not being properly presented for review, the judgment is affirmed.